IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPA TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-055 (RGA) |
| | ) | |
| SONY CORPORATION, SONY ELECTRONICS INC., SONY CORPORATION OF AMERICA, SONY MOBILE COMMUNICATIONS AB, SONY MOBILE COMMUNICATIONS (USA) INC., and SONY MOBILE COMMUNICATIONS, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS, AND JOINDER IN AMAZON.COM, INC. AND AMAZON DIGITAL SERVICES, LLC'S MOTION TO DISMISS, PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants Sony Electronics Inc. and Sony Mobile Communications (USA) Inc. (collectively, Sony) hereby move to dismiss under Fed. R. Civ. P. 12(b)(6), and join Amazon.com, Inc. and Amazon Digital Services, LLC's (collectively, Amazon) motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure filed in the case captioned *IPA Techs. Inc. v. Amazon.com*, C.A. No. 16-1266 (D. Del.), D.I. 12-13.

For the reasons set forth in Amazon's opening brief in support of its motion to dismiss, and for the additional reasons set forth in Sony's opening brief filed herewith, the asserted patents are invalid as patent-ineligible under 35 U.S.C. § 101.  Sony therefore requests that the Court dismiss Plaintiff's complaint against Sony with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendants Sony Electronics, Inc.
and Sony Mobile Communications (USA) Inc.*

OF COUNSEL:

Michael C. Hendershot
Bruce S. Yen
David T. Okano
Alex H. Lee
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA  94304
(650) 320-1800

April 14, 2017
10968142

## CERTIFICATE OF SERVICE

  I hereby certify that on April 14, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

  I further certify that I caused copies of the foregoing document to be served on April 14, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19801<br> *Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Brian Ledahl, Esquire<br>Adam Hoffman, Esquire<br>Amir Naini, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031<br> *Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

            */s/ Rodger D. Smith II*
            Rodger D. Smith II (#3778)