## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., | |
| Plaintiff, | C.A. No. 17-cv-00055-RGA |
| v. | |
| SONY ELECTRONICS INC., and SONY MOBILE COMMUNICATIONS (USA) INC., | |
| Defendants. | |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff IPA Technologies Inc. ("IPA") and Defendants Sony Electronics Inc. and Sony Mobile Communications (USA) Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to dismissal of all remaining claims in this action, WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 16, 2018

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Rodger D. Smith* |
| Stephen B. Brauerman (No. 4952) | Rodger D. Smith II (No. 3778) |
| Sara E. Bussiere (No. 5725) | Eleanor G. Tennyson (No. 5812) |
| 600 N. King Street, Suite 400 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| sbrauerman@bayardlaw.com | rsmith@mnat.com |
| sbussiere@bayardlaw.com | etennyson@mnat.com |

OF COUNSEL:                                   OF COUNSEL:

Paul J. Skiermont                              Michael Hendershot
Sarah E. Spires                                David Okano
Steven W. Hartsell                             Alexander Lee
Sadaf R. Abdullah                              PAUL HASTINGS LLP
Alexander E. Gasser                            1117 South California Avenue
Christopher M. Hodge                           Palo Alto, CA 94304
SKIERMONT DERBY LLP                            (650) 320-1800
1601 Elm St. Ste. 4400
Dallas, TX 75201                               *Attorneys for Defendants Sony Electronics Inc.*
(214) 978-6600                                 *and Sony Mobile Communications (USA) Inc.*

Mieke K. Malmberg
SKIERMONT DERBY LLP
800 Wilshire Blvd. Ste. 1450
Los Angeles, CA 90017

*Attorneys for Plaintiff IPA Technologies, Inc.*


SO ORDERED this 16 day of April 2018

_____
United States District Judge